# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DONALD C. HAYES,

    Plaintiff,

v.

STATE OF WASHINGTON, et al,

    Defendants.

Case No. 3:17-CV-05759-RBL-TLF

ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXTENDED BRIEF AND DENYING PLAINTIFF'S MOTION FOR AN ORDER TO ACQUIRE ESI

This matter is before the Court on plaintiff's filing of a motion for leave to file an extended brief (Dkt. 19) in opposition to defendants' motion to dismiss (Dkt. 12). That motion is GRANTED.

Plaintiff also has filed a motion for an order to acquire electronically stored information ("ESI") (Dkt. 18). Plaintiff seeks "any and all" security camera video footage of the Washington State Penitentiary's "pill line window" from May 7, 2017, which he indicates will undermine the serious infraction report "which placed [him] in IMU based on a lie." *Id.* at p. 2.

According to the Washington State Department of Corrections ("DOC") Agency Legal Liaison Officer, Sharir Hall, "[t]he WSP maintains a security surveillance video system throughout its facility." Dkt. 28, p. 1. However, "unless video data is requested to be exported from the system to provide support for civil litigation, prosecution of defense of criminal actions, or for other quasi-judicial actions, the data is overwritten by the system after 30 days." *Id.* at p. 2.

ORDER GRANTING PLAINTIFF'S MOTION TO FILE
EXTENDED BRIEF AND DENYING PLAINTIFF'S
MOTION FOR AN ORDER TO ACQUIRE ESI - 1

1 | Plaintiff does not allege he made such a request, and based on Mr. Hall's declaration, it appears that he never did. Dkt. 28, p. 2. A search for the relevant security surveillance video footage by Mr. Hall also failed to turn any up, indicating that the May 7, 2017 video data "was overwritten and therefore no longer exists." *Id.*

Accordingly, plaintiff's motion for an order to acquire ESI (Dkt. 12) is DENIED as moot.

Dated this 16th day of August, 2018.

*Theresa L. Fricke*

Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION TO FILE EXTENDED BRIEF AND DENYING PLAINTIFF'S MOTION FOR AN ORDER TO ACQUIRE ESI - 2