UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD C. HAYES,

               Plaintiff,

v.

STATE OF WASHINGTON, et al,

               Defendants.

Case No. 3:17-cv-05759-RBL-TLF

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, and objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)   the Court adopts the Report and Recommendation;

(2)   defendants' motion for summary judgment (Dkt. 14) is GRANTED;

(3)   defendants' motion to dismiss (Dkt. 12) is DENIED as moot; and

(4)   plaintiff's complaint (Dkt. 6) is DISMISSED.

Dated this 4th day of September, 2018.

Ronald B. Leighton
United States District Judge